## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 16-365 |
| | : | |
| YOUNES KABBAJ | : | |

## ORDER

**AND NOW**, this 7th day of December 2017, upon considering Defendant's Motion for miscellaneous relief (ECF Doc. No. 166) with spurious unfounded allegations of "pro-LGBT Federal Courts" with "secret hearings" but requesting we delete memorandum opinions addressing grounds for his detention but finding Defendant continues to seek our assistance in obtaining transcripts, it is **ORDERED** Defendant's Motion (ECF Doc. No. 166) is **GRANTED in part** and **DENIED in part:**

1. While he may assert his good faith disappointment in court rulings including the terms of his sentence after a voluntary guilty plea, Mr. Kabbaj's unsupported broad allegations about the federal courts, its public servants, President Clinton and Secretary Clinton, as well as his request to remove court opinions from public access or to order publication of other opinions, are rejected as lacking basis in fact or law;

2. Mr. Kabbaj's request we order the Clerk of Court to provide him with a transcript of a July 15, 2016 conference is **DENIED** as there is no such recording or transcript of this preliminary telephone conference with Judge Lloret;

3. Mr. Kabbaj's request we order the Clerk of Court to provide him duplicate copies of transcripts from the September 21, October 12, November 28 and December 15, 2016 Motions Hearings is **DENIED as moot** with the filed transcripts provided to Mr. Kabbaj and he is able to

obtain these transcripts, to the extent he has not yet received them in the mail as sent to him in the last month, by contacting and arranging for payment of these duplicate transcripts from the Clerk of Court to the extent he wishes to purchase another copy. The Court is not obligated to provide multiple copies of transcripts under the Criminal Justice Act;

4. Mr. Kabbaj's request we order the Clerk of Court to provide him with audio recordings of all hearings is **DENIED** as all audio recordings of hearings for which audio is available has been produced and paid for by Mr. Kabbaj with our continuing reminder of no court audio of proceedings transcribed with a court reporter; and,

5. Mr. Kabbaj's request we order the Court Reporter correct the transcribed word "catch" to read "touch" during his mother's presentation at sentencing is **GRANTED** in an abundance of caution in the context of his mother's statement delivered with an accent as she immigrated from Morocco and the transcription error is possible but without agreeing as to Mr. Kabbaj's accusations concerning the Court's purpose in a transcription error, all of which are summarily rejected; We direct our Court Reporter shall promptly issue and file an amended transcript of the May 1, 2017 sentencing at page 78, line 13 to replace "catch" with the word "touch" and Clerk of Court mail a copy of the amended transcript of the May 1, 2017 sentencing hearing to Mr. Kabbaj's Florida address on the docket.

KEARNEY, J.