IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CIVIL ACTION NO.  16-CR-365-JFC |
| | ) | |
| | ) | JUDGE JOY FLOWERS CONTI |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **YOUNES KABBAJ,** | ) | |
| | ) | |
| Defendant. | ) | |

<u>ORDER</u>

And now, this 6th day of March, 2019, in accordance with the memorandum opinion, the emergency motion/petition for a competency hearing and termination or modification of supervision (ECF No. 194) is DENIED; the motion/petition to produce evidence and compel witnesses for competency/violation proceedings and to prohibit pre-hearing detention (ECF No. 195) is DENIED AS MOOT; and the motion/petition for permission to travel to Washington, D.C. (ECF No. 196) is DENIED WITHOUT PREJUDICE.

By the court:

<u>/s/ Joy Flowers Conti</u>
Joy Flowers Conti
United States District Judge

cc:  Younes Kabbaj
11110 W. Oakland Park BLVD #100
Sunrise, FL 33351